**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter **13** |
| **Carolyn Rena Dash** | ) | Case No. **15-72800 - BEM** |
| | ) | Judge **Barbara Ellis-Monro** |
| | ) | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

Please take notice that Anthony Maselli, Georgia Bar #558670 on behalf of , hereby enters this appearance as attorney for Carrington Mortgage Services, LLC, in the above proceeding, and pursuant to Bankruptcy Rule 2002, requests that this name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

> Anthony Maselli
> Shapiro Pendergast & Hasty, LLP
> 2872 Woodcock Blvd.
> Suite 100
> Atlanta, GA 30341-3941

Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated: December 7, 2015     Shapiro Pendergast & Hasty, LLP

By: /s/ Anthony Maselli
Anthony Maselli
Georgia Bar No. 558670
amaselli@logs.com
2872 Woodcock Blvd.
Suite 100
Atlanta, GA 30341-3941
(770) 220-2535